## CLAYPOOL ET AL. v. STEIN ET AL.

[No. 4,482. Filed May 10, 1904.]

From Superior Court of Marion County (57,932); *J. L. McMaster* Judge.

Suit by Harry E. Hamilton against Edward F. Claypool and others, to which Theodore Stein, trustee, filed a cross-complaint. From a judgment for cross-complainant, Claypool and others appeal. *Reversed.*

*J. W. Claypool, D. W. Howe* and *R. T. Byers*, for appellants.

*J. R. Wilson, M. M. Townley, J. E. Florea, George Seidensticker* and *Adolph Seidensticker*, for appellees.

PER CURIAM.—The questions involved in this appeal are, in principle, the same as those presented in *Claypool* v. *German Fire Ins. Co.*, 32 Ind. App. 540. Upon the authority of that case the judgment herein is reversed, and the case is remanded, with instructions to restate the conclusions of law and exclude from the amount for which appellee is awarded priority, the sum of $221.44, expended or retained as expenses incident to the loan.